IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelley, Huley L | Case Number: 05 B 28037 |
|---|---|---|
| | Kelley, Arsie L | Judge: Goldgar, A. Benjamin |
| | Printed: 10/2/07 | Filed: 7/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  July 11, 2007
Confirmed:  August 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,760.40 |  |
| Secured: |  | 10,361.84 |
| Unsecured: |  | 15,331.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,593.24 |
| Other Funds: |  | 579.62 |
| Totals: | 30,760.40 | 30,760.40 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 2,032.92 | 2,032.92 |
| 5. | Citizens Bank | Secured | 8,328.92 | 8,328.92 |
| 6. | Citizens Bank | Unsecured | 2,418.90 | 2,072.34 |
| 7. | Cingular Wireless | Unsecured | 1,089.67 | 933.54 |
| 8. | ECast Settlement Corp | Unsecured | 1,049.83 | 899.34 |
| 9. | Capital One | Unsecured | 1,514.70 | 1,297.69 |
| 10. | Capital One | Unsecured | 721.92 | 611.36 |
| 11. | Capital One | Unsecured | 389.68 | 320.44 |
| 12. | Resurgent Capital Services | Unsecured | 521.15 | 446.48 |
| 13. | Capital One | Unsecured | 258.38 | 221.35 |
| 14. | American Express Centurion | Unsecured | 9,956.34 | 8,529.16 |
| 15. | Wells Fargo Fin Acceptance | Secured |  | No Claim Filed |
| 16. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |
| 17. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 18. | Lane Bryant | Unsecured |  | No Claim Filed |
| 19. | AMCA | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,176.41 | $ 28,587.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,019.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelley, Huley L | Case Number: 05 B 28037 |
|---|---|---|
|  | Kelley, Arsie L | Judge: Goldgar, A. Benjamin |
|  | Printed: 10/2/07 | Filed: 7/14/05 |

|  |  |
|---:|---:|
| 5% | 282.10 |
| 4.8% | 259.91 |
| 5.4% | 31.65 |
|  | _____ |
|  | $ 1,593.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_